IN THE UNITED STATES DISTRICT COURT
FOR DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendants. | Civil Action No.: 07-805 |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time within which Defendant Mylan Pharmaceuticals Inc. shall answer, move, or otherwise plead in response to the Complaint is extended to and including January 31, 2008.

 /s/ Mary W. Bourke  
**Mary W. Bourke (#2356)**  
CONNOLLY BOVE LODGE & HUTZ LLP  
1007 N. Orange Street  
Wilmington, DE 19899  
Telephone: (302) 658-9141  
Facsimile: (302) 658-5614  
mbourke@cblh.com  

*Attorneys for Plaintiffs.*

 /s/ Mary Matterer  
**Mary B. Matterer (#2696)**  
MORRIS, JAMES LLP  
500 Delaware Avenue, Ste. 1500  
Wilmington, Delaware 19801  
Telephone: (302) 888-6960  
Facsimile: (302) 571-1750  
mmatterer@morrisjames.com  

*Attorneys for Defendant.*

SO ORDERED this _____ day of December, 2007.

_____
United States District Judge