IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | Civil Action No.: 07-805 (JJF) |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant/Counterclaim Plaintiff Mylan Pharmaceuticals Inc. states as follows:

1. The parent company of Mylan Pharmaceuticals Inc. is Mylan Inc.

2. There is no parent company of Mylan Inc.

3. The name of any publicly-held corporation that owns 10% or more of Mylan Pharmaceuticals Inc.'s stock is Mylan Inc.

4. There is no publicly-held corporation that owns 10% or more of Mylan Inc.

Dated: January 31, 2008

By: /s/ Mary Matterer
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
Amy Arnott Quinlan (I.D. No. 3021)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Of Counsel:
William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Tara M. Raghavan
Eric R. Hunt
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois  60610
Telephone: (312) 222-6301
Facsimile: (312) 222-6321
wrakoczy@rmmslegal.com

*Attorneys for Defendant/Counterclaim-Plaintiff Mylan Pharmaceuticals Inc.*

.