# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>               Plaintiffs,<br><br>  v.<br><br>Mylan Pharmaceuticals Inc.,<br><br>              Defendant. | Civ. No. 07-805-JJF-LPS |
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>               Plaintiffs,<br><br>  v.<br><br>Sun Pharmaceutical Industries Ltd.,<br><br>              Defendant. | Civ. No. 07-806-JJF-LPS |
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>               Plaintiffs,<br><br>  v.<br><br>Sandoz Inc.,<br><br>              Defendant. | Civ. No. 07-807-JJF-LPS |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>     Plaintiffs,<br><br> v.<br><br>Par Pharmaceutical Inc.,<br><br>     Defendant. | Civ. No. 07-808-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>     Plaintiffs,<br><br> v.<br><br>Apotex Inc. and Apotex Corp.,<br><br>     Defendants. | Civ. No. 07-809-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>     Plaintiffs,<br><br> v.<br><br>Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.,<br><br>     Defendants. | Civ. No. 07-810-JJF-LPS |

AstraZeneca Pharmaceuticals LP,
AstraZeneca UK Limited, IPR
Pharmaceuticals Inc., and
Shionogi Seiyaku Kabushiki Kaisha,

           Plaintiffs,

v.

Cobalt Pharmaceuticals Inc. and
Cobalt Laboratories Inc.,

           Defendants.

Civ. No. 07-811-JJF-LPS

## ORDER

At Wilmington this 4th day of **February, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **February 20th, 2008 at 3:00 pm,** with Magistrate Judge Stark to discuss the status of this action. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                        _____
                                                        UNITED STATES MAGISTRATE JUDGE