IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>    Plaintiffs,<br><br>    v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>    Defendant. | Civil Action No.: 07-805-JJF-LPS |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time within which Plaintiffs shall reply, move, or otherwise plead in response to Defendant's Counterclaims is extended to and including March 21, 2008.

| | |
|---|---|
| /s/  Mary W. Bourke | /s/  Mary B. Matterer |
| **Mary W. Bourke (#2356)** | **Mary B. Matterer (#2696)** |
| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS JAMES LLP |
| 1007 N. Orange Street | 500 Delaware Avenue, Ste. 1500 |
| Wilmington, DE 19899 | Wilmington, Delaware 19801 |
| Telephone:  (302) 658-9141 | Telephone:  (302) 888-6960 |
| Facsimile:  (302) 658-5614 | Facsimile:  (302) 571-1750 |
| mbourke@cblh.com | mmatterer@morrisjames.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

Dated: February 7, 2008

SO ORDERED this _____day of February, 2008.

_____
United States District Judge

590705

## CERTIFICATE OF SERVICE

I, hereby certify on this 7th day of February, 2008 I electronically filed the foregoing STIPULATION AND ORDER with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**Mary B. Matterer (#2969)**
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Phone: 302-888-6800
Fax: 302-571-1750
mmatterer@morrisjames.com

The undersigned counsel further certifies that, on February 7, 2008, copies of the foregoing document was also served upon the following individuals in the manner indicated:

| **Via Email and Hand Delivery:** | **Via Email and Federal Express:** |
|---|---|
| **Mary B. Matterer (#2969)** | **William A. Rakoczy** |
| **Richard K. Herrmann (#405)** | **Paul J. Molino** |
| **Amy Arnott Quinlan (#3021)** | **Deanne M. Mazzochi** |
| MORRIS JAMES LLP | **Tara M. Raghavan** |
| 500 Delaware Avenue, Suite 1500 | **Eric R. Hunt** |
| Wilmington, DE 19801 | RAKOCZY MOLINO MAZZOCHI SIWIK LLP |
| Phone: 302-888-6800 | 6 West Hubbard Street, Suite 500 |
| Fax: 302-571-1750 | Chicago, IL 60610 |
| mmatterer@morrisjames.com | Phone: 312-527-2157 |
| rherrmann@morrisjames.com | Fax: 312-527-4205 |
| aquinlan@morrisjames.com | wrakoczy@rmmslegal.com |
| | pmolino@rmmslegal.com |
| | dmazzochi@rmmslegal.com |
| | traghavan@rmmslegal.com |
| | ehunt@rmmslegal.com |

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: ___/s/ Mary W. Bourke_____
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

590705