**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP,<br>ASTRAZENECA UK LIMITED,<br>IPR PHARMACEUTICALS, INC., and<br>SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>                Plaintiffs,<br><br>    v.<br><br>MYLAN PHARMACEUTICALS INC.<br><br>                Defendant. | Civil Action No.: 07-805 (JJF) |

<u>**NOTICE OF SERVICE**</u>

The undersigned hereby certifies that copies of the following document, **MYLAN PHARMACEUTICALS INC.'S RULE 26(a)(1) INITIAL DISCLOSURES**, were served upon the attorneys listed below as indicated this 25th day of April, 2008:

Mary W. Bourke                                         *VIA EMAIL*
CONNOLLY BOVE LODGE & HUTZ LLP              *and HAND DELIVERY*
1007 N. Orange Street
Wilmington, DE 19899-19801
mbourke@cblh.com

Ford F. Farabow                                        *VIA EMAIL*
Charles E. Lipsey                                      *and FEDERAL EXPRESS*
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW, GARRETT
  & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
ford.farabow@finnegan.com
charles.lipsey@finnegan.com
york.faulkner@finnegan.com

Henry J. Renk                                    *VIA EMAIL*
FITZPATRICK, CELLA, HARPER & SCINTO              *and FEDERAL EXPRESS*
30 Rockefeller Plaza
New York, NY  10112
hrenk@fchs.com


April 25, 2008                          ___*/s/ Mary B. Matterer*_____
                                        Mary B. Matterer #2696
                                        Morris James LLP
                                        500 Delaware Avenue, Suite 1500
                                        Wilmington, Delaware 19801-1494
                                        302.888.6800
                                        mmatterer@morrisjames.com

                                        *Attorneys for Defendant/Counterclaim-*
                                        *Plaintiff Mylan Pharmaceuticals Inc.*