## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha, | : : : : : | |
| Plaintiffs, | : : | |
| v. | : | Civ. No. 07-805-JJF-LPS |
| Mylan Pharmaceuticals Inc., | : : | |
| Defendant. | : | |

| | | |
|---|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha, | : : : : : | |
| Plaintiffs, | : : | Civ. No. 07-806-JJF-LPS |
| v. | : : | |
| Sun Pharmaceutical Industries Ltd., | : : | |
| Defendant. | : | |

| | | |
|---|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha, | : : : : : | |
| Plaintiffs, | : : | Civ. No. 07-807-JJF-LPS |
| v. | : : : | |
| Sandoz Inc., | : : | |
| Defendant. | : | |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha, :<br><br>Plaintiffs, :<br>v. :<br>Par Pharmaceutical Inc., :<br>Defendant. : | Civ. No. 07-808-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha, :<br><br>Plaintiffs, :<br>v. :<br>Apotex Inc. and Apotex Corp., :<br>Defendants. : | Civ. No. 07-809-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha, :<br><br>Plaintiffs, :<br>v. :<br>Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc., :<br>Defendants. : | Civ. No. 07-810-JJF-LPS |

|  |  |
|---|---|
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>     Plaintiffs,<br><br>v.<br><br>Cobalt Pharmaceuticals Inc. and<br>Cobalt Laboratories Inc.,<br><br>     Defendants. | Civ. No. 07-811-JJF-LPS |

## **ORDER**

At Wilmington this 8th day of May, 2008.

Having considered the parties' proposed Stipulated Protective Order (D.I. 31 in 07cv805), and the May 2, 2008 letter from counsel in relation to it,

IT IS ORDERED AS FOLLOWS:

1. In all instances, the "Plaintiffs' Version" of the disputed provisions shall be incorporated in the final Stipulated Protective Order.

2. In all instances, the "Defendants' Version" of the disputed provisions shall NOT be incorporated in the final Stipulated Protective Order.

3. Paragraph 14 of the final Stipulated Protective Order shall include, in addition to the language already contained in the proposed Stipulated Protective Order, the following: "For purposes of this paragraph, Shionogi and AZ shall be considered affiliates. Nothing in this paragraph shall prevent a Party or a Third Party from giving its consent to having its CONFIDENTIAL INFORMATION disclosed to any witness during a deposition or at trial."

      4. The parties shall submit the final Stipulated Protective Order, consistent with the provisions of this Order, no later than May 13, 2008.

      Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                           *[signature]*
                                            UNITED STATES MAGISTRATE JUDGE