IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP<br>AstraZeneca UK Limited,<br>IPR Pharmaceuticals, Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Mylan Pharmaceuticals Inc.,<br><br>    Defendant. | Civ. No. 07-805-JJF-LPS |

## NOTICE OF SERVICE

The undersigned here by certifies that copies of **PLAINTIFFS' FIRST SET OF REQUESTS (NOS. 1 - 39) FOR THE PRODUCTION OF DOCUMENTS AND THINGS** were caused to be served on June 4, 2008 in the manner indicated:

**Via Email and Hand Delivery:**
Mary B. Matterer
Richard K. Herrmann
Amy Arnott Quinlan
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Phone: 302-888-6800
Fax: 302-571-1750
mmatterer@morrisjames.com
rherrmann@morrisjames.com
aquinlan@morrisjames.com

**Via Email and Federal Express:**
William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Tara M. Raghavan
Eric R. Hunt
**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, IL 60610
Phone: 312-527-2157
Fax: 312-527-4205
wrakoczy@rmmslegal.com
pmolino@rmmslegal.com
dmazzochi@rmmslegal.com
traghavan@rmmslegal.com
ehunt@rmmslegal.com

                                        Respectfully Submitted:

                                        ___/s/ Mary W. Bourke_____

| | |
|---|---|
| Ford F. Farabow | Mary W. Bourke (#2356) |
| Charles E. Lipsey | CONNOLLY BOVE LODGE & HUTZ LLP |
| Kenneth M. Frankel | 1007 N. Orange Street |
| York M. Faulkner | P.O. Box 2207 |
| FINNEGAN, HENDERSON, FARABOW, | Wilmington, DE 19899 |
| GARRETT & DUNNER, L.L.P. | Telephone: (302) 658-9141 |
| 901 New York Avenue, N.W. | Facsimile: (302) 658-5614 |
| Washington, D.C. 20001 | mbourke@cblh.com |
| Telephone: (202) 408-4000 | |
| Facsimile: (202) 408-4400 | *Attorneys for Plaintiffs* |
| | |
| Henry J. Renk | |
| FITZPATRICK, CELLA, HARPER & | Thomas A. Stevens (#3039) |
| SCINTO | ASTRAZENECA PHARMACEUTICALS LP |
| 30 Rockefeller Plaza | 1800 Concord Pike |
| New York, NY 10112 | Wilmington, DE 19850-5437 |
| Telephone: (212) 218-2100 | (302) 885-5457 |
| Facsimile: (212) 218-2200 | (302) 886-8037 |
| | |
| *Of Counsel for Plaintiffs* | *Attorney for AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and IPR Pharmaceuticals, Inc.* |

Dated: June 4, 2008

## CERTIFICATE OF SERVICE

    I, hereby certify on the 4th day of June, 2008 I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF and have served the following via email:

| | |
|---|---|
| Mary B. Matterer | William A. Rakoczy |
| Richard K. Herrmann | Paul J. Molino |
| Amy Arnott Quinlan | Deanne M. Mazzochi |
| **MORRIS JAMES LLP** | Tara M. Raghavan |
| 500 Delaware Avenue, Suite 1500 | Eric R. Hunt |
| Wilmington, DE 19801 | **RAKOCZY MOLINO MAZZOCHI SIWIK LLP** |
| Phone: 302-888-6800 | 6 West Hubbard Street, Suite 500 |
| Fax: 302-571-1750 | Chicago, IL 60610 |
| mmatterer@morrisjames.com | Phone: 312-527-2157 |
| rherrmann@morrisjames.com | Fax: 312-527-4205 |
| aquinlan@morrisjames.com | wrakoczy@rmmslegal.com |
| | pmolino@rmmslegal.com |
| | dmazzochi@rmmslegal.com |
| | traghavan@rmmslegal.com |
| | ehunt@rmmslegal.com |

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: _/s/ Mary W. Bourke_
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

615269