IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC. and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>      Plaintiffs,<br><br>      v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>      Defendant. | Civil Action No.: 07-805 JJF-LPS |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents, **DEFENDANTS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-157) and DEFENDANTS' FIRST SET OF INTERROGATORIES DIRECTED TO COMMON ISSUES NOS. 1-18 TO PLAINTIFFS**, were served upon the attorneys listed below as indicated on the 9th day of June, 2008:

| | |
|---|---|
| Mary W. Bourke<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 N. Orange Street<br>Wilmington, DE 19899-19801<br>mbourke@cblh.com | *VIA EMAIL*<br>*and HAND DELIVERY* |
| Ford F. Farabow<br>Charles E. Lipsey<br>York M. Faulkner<br>FINNEGAN, HENDERSON, FARABOW, GARRETT<br> & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>ford.farabow@finnegan.com<br>charles.lipsey@finnegan.com<br>york.faulkner@finnegan.com | *VIA EMAIL* |

Henry J. Renk  
FITZPATRICK, CELLA, HARPER & SCINTO  
30 Rockefeller Plaza  
New York, NY  10112  
hrenk@fchs.com

*VIA EMAIL*

Dated:  June 10, 2008

　　　*/s/ Mary B. Matterer*　　　  
Mary B. Matterer #2696  
MORRIS JAMES LLP  
500 Delaware Avenue, Suite 1500  
Wilmington, Delaware 19801-1494  
302.888.6800  
mmatterer@morrisjames.com

*Attorneys for Defendant/Counterclaim-  
　Plaintiff Mylan Pharmaceuticals Inc.*