# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC. AND SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>    Plaintiffs,<br>  v.<br><br>MYLAN PHARMACEUTICALS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 07-805 JJF LPS<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Joseph Thomas Jaros of the law firm of Rakoczy Molino Mazzochi Siwik LLP to represent Defendant Mylan Pharmaceuticals, Inc. in this matter.

Dated: July 30, 2008

  */s/ Mary B. Matterer*
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

*Counsel for Defendant*
*Mylan Pharmaceuticals, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                          United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk's office.

Date:   July 21, 2008                     Signed: _____
                                          Joseph Thomas Jaros
                                          Rakoczy Molino Mazzochi Siwik LLP
                                          6 West Hubbard Street, Suite 500
                                          Chicago, Illinois  60610
                                          (312) 527-2157