**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC. and SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | Civil Action No.: 07-805 JJF-LPS |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following document, **Defendant Mylan Pharmaceuticals Inc.'s Objections And Responses To Plaintiffs' First Set Of Requests For The Production Of Documents And Things (Nos. 1-39)**, were served upon the attorneys listed below as indicated on the 6th day of August, 2008:

Mary W. Bourke                                      *VIA EMAIL*
CONNOLLY BOVE LODGE & HUTZ LLP              *and HAND DELIVERY*
1007 N. Orange Street
Wilmington, DE 19899-19801
mbourke@cblh.com

Ford F. Farabow                                    *VIA EMAIL*
Charles E. Lipsey                                   *and FEDEX*
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW, GARRETT
 & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
ford.farabow@finnegan.com
charles.lipsey@finnegan.com
york.faulkner@finnegan.com

Henry J. Renk                                         *VIA EMAIL*
FITZPATRICK, CELLA, HARPER & SCINTO                    *and FED EX*
30 Rockefeller Plaza
New York, NY  10112
hrenk@fchs.com


Dated: August 6, 2008                     ___*/s/ Mary B. Matterer*_____
                                          Mary B. Matterer #2696
                                          MORRIS JAMES LLP
                                          500 Delaware Avenue, Suite 1500
                                          Wilmington, Delaware 19801-1494
                                          302.888.6800
                                          mmatterer@morrisjames.com

                                          *Attorneys for Defendant/Counterclaim-*
                                             *Plaintiff Mylan Pharmaceuticals Inc.*