```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF DELAWARE

In re: Rosuvastatin Calcium     :   MDL No. 08-1949-JJF
Patent Litigation,              :
                                :
_____:_____
AstraZeneca Pharmaceuticals     :
LP, AstraZeneca UK Limited,     :
IPR Pharmaceuticals Inc., and   :
Shionogi Seiyaku Kabushiki      :
Kaisha,                         :
                                :
        Plaintiffs,             :
                                :
   v.                           :   Civil Action No. 07-805-JJF-LPS
                                :
Mylan Pharmaceuticals Inc.,     :
                                :
        Defendant.              :
_____:_____
AstraZeneca Pharmaceuticals     :
LP, AstraZeneca UK Limited,     :
IPR Pharmaceuticals Inc., and   :
Shionogi Seiyaku Kabushiki      :
Kaisha,                         :
                                :
        Plaintiffs,             :
                                :
   v.                           :   Civil Action No. 07-806-JJF-LPS
                                :
Sun Pharmaceutical Industries   :
Ltd.,                           :
                                :
        Defendant.              :
_____:_____
AstraZeneca Pharmaceuticals     :
LP, AstraZeneca UK Limited,     :
IPR Pharmaceuticals Inc., and   :
Shionogi Seiyaku Kabushiki      :
Kaisha,                         :
                                :
        Plaintiffs,             :
                                :
   v.                           :   Civil Action No. 07-807-JJF-LPS
                                :
Sandoz Inc.,                    :
                                :
        Defendant.              :
_____:_____
```

```
AstraZeneca Pharmaceuticals      :
LP, AstraZeneca UK Limited,      :
IPR Pharmaceuticals Inc., and    :
Shionogi Seiyaku Kabushiki       :
Kaisha,                          :
                                 :
        Plaintiffs,              :
                                 :
    v.                           :   Civil Action No. 07-808-JJF-LPS
                                 :
Par Pharmaceuticals Inc.,        :
                                 :
        Defendant.               :
_____:_____
AstraZeneca Pharmaceuticals      :
LP, AstraZeneca UK Limited,      :
IPR Pharmaceuticals Inc., and    :
Shionogi Seiyaku Kabushiki       :
Kaisha,                          :
                                 :
        Plaintiffs,              :
                                 :
    v.                           :   Civil Action No. 07-809-JJF-LPS
                                 :
Apotex Inc. and Apotex Corp.,    :
                                 :
        Defendants.              :
_____:_____
AstraZeneca Pharmaceuticals      :
LP, AstraZeneca UK Limited,      :
IPR Pharmaceuticals Inc., and    :
Shionogi Seiyaku Kabushiki       :
Kaisha,                          :
                                 :
        Plaintiffs,              :
                                 :
    v.                           :   Civil Action No. 07-810-JJF-LPS
                                 :
Aurobindo Pharma Ltd. and        :
Aurobindo Pharma USA Inc.,       :
                                 :
        Defendants.              :
_____:_____
AstraZeneca Pharmaceuticals      :
LP, AstraZeneca UK Limited,      :
IPR Pharmaceuticals Inc., and    :
Shionogi Seiyaku Kabushiki       :
Kaisha,                          :
                                 :
        Plaintiffs,              :
```

|  |  |
|---|---|
| v. | Civil Action No. 07-811-JJF-LPS |
| Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc., | |
| Defendants. | |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha, | |
| Plaintiffs, | |
| v. | Civil Action No. 08-359-JJF-LPS |
| Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc., | |
| Defendants. | |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha, | |
| Plaintiffs, | |
| v. | Civil Action No. 08-426-JJF-LPS |
| Teva Pharmaceuticals USA, | |
| Defendant. | |

## **O R D E R**

WHEREAS, Magistrate Judge Stark issued a Report and Recommendation (D.I. 13 in MDL No. 08-1949; D.I. 51 in Civ. Act. No. 07-805; D.I. 63 in Civ. Act. No. 07-806; D.I. 58 in Civ. Act. No. 07-807; D.I. 63 in Civ. Act. No. 07-808; D.I. 75 in Civ. Act. No. 07-809; D.I. 70 in Civ. Act. No. 07-810; D.I. 68 in Civ. Act.

No. 07-811; D.I. 51 in Civ. Act. No. 08-359; D.I. 29 in Civ. Act. No. 08-426) recommending the denial of the motions to dismiss as they relate to defendants who signed an ANDA as an agent of the entity who prepared and submitted the application, the granting of the motions to dismiss as they relate to Count II, and the denial without prejudice of the motions to dismiss for lack of personal jurisdiction;

WHEREAS, no objections to the Report and Recommendation have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 13 in MDL No. 08-1949; D.I. 51 in Civ. Act. No. 07-805; D.I. 63 in Civ. Act. No. 07-806; D.I. 58 in Civ. Act. No. 07-807; D.I. 63 in Civ. Act. No. 07-808; D.I. 75 in Civ. Act. No. 07-809; D.I. 70 in Civ. Act. No. 07-810; D.I. 68 in Civ. Act. No. 07-811; D.I. 51 in Civ. Act. No. 08-359; D.I. 29 in Civ. Act. No. 08-426) is **ADOPTED**.

January 12, 2009
DATE

_____
UNITED STATES DISTRICT JUDGE