**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: Rosuvastatin Calcium Patent Litigation | Civ. No. 08-md-1949 |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>Plaintiffs,<br><br>v.<br><br>Mylan Pharmaceuticals Inc.,<br><br>Defendant. | Civ. No. 07-805-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>Plaintiffs,<br><br>v.<br><br>Sun Pharmaceutical Industries Ltd.,<br><br>Defendant. | Civ. No. 07-806-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>Plaintiffs,<br><br>v.<br><br>Sandoz Inc.,<br><br>Defendant. | Civ. No. 07-807-JJF-LPS |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited,<br>IPR Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>Plaintiffs,<br><br>v.<br><br>Par Pharmaceutical, Inc.,<br><br>Defendant. | Civ. No. 07-808-JJF-LPS |
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited,<br>IPR Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>Plaintiffs,<br><br>v.<br><br>Apotex Inc. and Apotex Corp.,<br><br>Defendants. | Civ. No. 07-809-JJF-LPS |
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited,<br>IPR Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>Plaintiffs,<br><br>v.<br><br>Aurobindo Pharma Ltd. and<br>Aurobindo Pharma USA Inc.,<br><br>Defendants. | Civ. No. 07-810-JJF-LPS |
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited,<br>IPR Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>Plaintiffs,<br><br>v.<br><br>Cobalt Pharmaceuticals Inc. and<br>Cobalt Laboratories Inc.,<br><br>Defendants. | Civ. No. 07-811-JJF-LPS |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Aurobindo Pharma USA Inc. and Aurobindo Pharma Limited Inc.,<br><br>    Defendants. | Civ. No. 08-359-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Teva Pharmaceuticals USA, Inc.<br><br>    Defendant. | Civ. No. 08-426-JJF-LPS |

### [PROPOSED] FIFTH STIPULATED AMENDMENT TO APRIL 11, 2008 SCHEDULING ORDER AS AMENDED ON SEPTEMBER 26, 2008, JANUARY 26, 2009, APRIL 10, 2009, AND JULY 20, 2009

WHEREAS, on April 11, 2008, this Court entered a Scheduling Order in Civil Action

Nos. 1:07-cv-00805, 1:07-cv-00806, 1:07-cv-00807, 1:07-cv-00808, 1:07-cv-00809,

1:07-00810, and 1:07-cv-00811 (the "Scheduling Order"), a copy of which is attached as

Attachment A;

WHEREAS, on September 3, 2008, the Court entered an order modifying Paragraph 17

of the Scheduling Order to change the date and time of the tutorial to January 23, 2009,

beginning at 10 a.m.;

WHEREAS, on September 26, 2008, the Court entered a Stipulated Amendment to the

Scheduling Order (the "Amended Scheduling Order") (Civ. No, 08-md-01949, D.I. 10)

modifying Paragraphs 2, 4(c), 4(f), 4(g) and 8 of the April 11, 2008 Scheduling Order, a copy of which is attached as Attachment B;

WHEREAS, on January 26, 2009, the Court entered a Stipulated Amendment to the Scheduling Order (the "Second Amended Scheduling Order") (Civ. No. 08-md-01949, D.I. 49) modifying Paragraphs 2, 4(c), 4(f), 4(g), 4(h), and 8 of the September 26, 2008 Amended Scheduling Order, a copy of which is attached as Attachment C;

WHEREAS, on April 10, 2009, the Court entered a Stipulated Amendment to the Scheduling Order (the "Third Amended Scheduling Order") (Civ. No. 08-md-01949, D.I. 146) modifying Paragraphs 2, 4(f), 4(g), 4(h), 8, and 11 of the January 26, 2009 Second Amended Scheduling Order, a copy of which is attached as Attachment D;

WHEREAS, on July 20, 2009, the Court entered a Stipulated Amendment to the Scheduling Order (the "Fourth Amended Scheduling Order") (Civ. No. 08-md-01949, D.I. 248) modifying Paragraph 4(g) of the April 10, 2009 Third Amended Scheduling Order, a copy of which is attached as Attachment E;

WHEREAS, Civil Action Nos. 1:08-md-01949, 1:07-cv-00805, 1:07-cv-00806, 1:07-cv-00807, 1:07-cv-00808, 1:07-cv-00809, 1:07-cv-00810, 1:07-cv-00811, 1:08-cv-00359, and 1:08-cv-00426 shall be referred to herein collectively as the "Related Actions";

WHEREAS, the parties to the Fourth Amended Scheduling Order (Civ. No. 08-md-01949, D I 248) jointly request to modify the Fourth Amended Scheduling Order in certain respects, as set forth below (the proposed "Fifth Amended Scheduling Order"):

| SCHED. ORDER PARA. | EVENT | CURRENT DATE | PROPOSED REVISED DATE |
|---|---|---|---|
| ¶ 4(g) | Daubert Motions | September 4, 2009 | September 21, 2009 |
| ¶ 11 | Dispositive Motions | September 4, 2009 | September 11, 2009 |
| ¶ 11 | Oppositions – Dispositive Motions | September 25, 2009 | October 9, 2009 |
| ¶ 11 | Replies – Dispositive Motions | October 9, 2009 | October 23, 2009 |

IT IS HEREBY STIPULATED by and between the parties hereto, by their respective

undersigned counsel of record herein, that the proposed Fifth Amended Scheduling Order shall

apply to the Related Actions, subject to the Court's modifications or instructions.[1]

| DUANE MORRIS LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| */s/ Richard W. Riley*<br>Richard W. Riley (#4052)<br>1100 N. Market St., Suite 1200<br>Wilmington, DE 19801<br>rriley@duanemorris.com<br><br>*Counsel for Sandoz Inc.* | */s/ Mary W. Bourke*<br>Mary W. Bourke (#2356)<br>1007 N. Orange Street<br>Wilmington, DE 19899<br>mbourke@cblh.com<br><br>*Counsel for Plaintiffs* |
| **ABRAMS & LASTER LLP** | **POTTER ANDERSON & CORROON LLP** |
| */s John M. Seaman*<br>Kevin G. Abrams<br>John M. Seaman (#3868)<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>seaman@abramslaster.com<br><br>*Counsel for Sun Pharmaceutical Industries* | */s/ Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza<br>1313 N. Market St., 6th Floor<br>Wilmington, DE 19801<br>dmoore@potteranderson.com<br><br>*Counsel for Apotex Inc. and Apotex Corp.*<br><br>*Counsel for Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc.* |

---

[1] Pursuant to the Amended Scheduling Order entered September 26, 2008 (Civ. No. 08-md-01949, D.I. 10), paragraphs 11, 14, 15 and 16 of the April 11, 2008 Scheduling Order are treated differently with respect to Civ. No. 08-cv-359 (Aurobindo NJ, Transferred Action). Paragraph 11 is modified only in respect to the timing of dispositive motions, which is the same in the Aurobindo NJ, Transferred Action as it is in all other actions. Paragraphs 14, 15 and 16 are not modified in this Fifth Amended Scheduling Order.

| **STEVENS & LEE P.C.** | **BAYARD, P.A.** |
|---|---|
| */s/ Joseph H. Huston, Jr.*<br>Joseph H. Huston, Jr. (#4035)<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>jhh@stevenslee.com<br><br>*Counsel for Teva Pharmaceuticals USA, Inc.* | */s/ Richard D. Kirk*<br>Richard D. Kirk (#922)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899-5130<br>rkirk@bayardfirm.com<br><br>*Counsel for Aurobindo Pharma USA Inc. and Aurobindo Pharma Limited Inc.* |
| **RICHARDS, LAYTON & FINGER P.A.** | **MORRIS JAMES LLP** |
| */s/ Frederick L. Cottrell, III*<br>Frederick L. Cottrell, III (#2555)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Cottrell@rlf.com<br><br>*Counsel for Par Pharmaceutical, Inc.* | */s/ Mary B. Matterer*<br>Mary B. Matterer (#2696)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>mmatterer@morrisjames.com<br><br>*Counsel for Mylan Pharmaceuticals, Inc.* |

SO ORDERED this 1st day of October, 2009.

United States Magistrate Judge

713748