# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Rosuvastatin Calcium Patent Litigation | C.A. No. 08-md-1949 JJF LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Mylan Pharmaceuticals Inc.<br><br>　　　　　　Defendant. | C.A. No. 07-805 JJF LPS |

### NOTICE OF LODGING OF CONTINUING OBJECTION
### TO CLAIM CONSTRUCTION ORDER AND OFFER OF PROOF

　　PLEASE TAKE NOTICE that Mylan Pharmaceuticals Inc. ("Mylan") maintains its objections to the *Report and Recommendation Regarding Claim Construction* (D.I. 190) and the *Memorandum Order Overruling Objections* (D.I. 348). In further support of its *Objections to Report and Recommendation* (D.I. 206), Mylan proffers the expert opinion of Dr. Bruce Ganem, attached hereto as Exhibit A.

2495221

Dated: February 8, 2010

<u>Of Counsel:</u>
William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
R<small>AKOCZY</small> M<small>OLINO</small> M<small>AZZOCHI</small> S<small>IWIK</small> LLP
6 West Hubbard Street, Suite 600
Chicago, Illinois  60654
Telephone: (312) 222-6301
Facsimile: (312) 222-6321
wrakoczy@rmmslegal.com

By: *s/ Mary B. Matterer*
    Mary B. Matterer, Esq. (#2696)
    M<small>ORRIS</small> J<small>AMES</small> LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, DE 19801
    (302) 888-6960
    mmatterer@morrisjames.com